HILL & MORRIS, Attorneys at Law
CINDY LEE HILL, Esq. (State Bar No. 119213)
5150 Sunrise Boulevard, Suite F-5
Fair Oaks, California 95628
Telephone: (916) 671-1144

Attorneys for Debtors

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

In re:

    Steven Darrell Ashley
    Troy Leslie Neely

            Debtor.                    ./

Case No. 2014-30795C-13C

MCN CLH-2
Date: July 21, 2015
Time: 2:00 p.m.
Dept C  Courtroom 33

WITHDRAWAL OF OBJECTION TO THE CLAIM OF BASS AND ASSOCIATES/KIRBY VACUUM CLAIM NUMBER 8

Debtors, Steven Darrell Ashley and Troy Leslie Neely, do hereby withdraw their objection to the claim filed by Bass and Associates (UCFS Kirby Cleaning System) on the basis that on June 18, 2015 Bass and Associates amended their claim. Said amendment reclassifies their claim to unsecured, which was the basis for the objection.

    Wherefore Debtors request the objection be withdrawn and the claim be treated as unsecured pursuant to the amended claim filed June 18, 2015.

Dated:

Respectfully submitted,

*Cindy Lee Hill*
Cindy Lee Hill
Attorney for Debtor

1